FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 02 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| T.K. AND S.K., INDIVIDUALLY AND ON BEHALF OF L.K., | ORDER |
| Plaintiffs-Appellants, | 10-CV-752 |
| – against – | |
| NEW YORK CITY DEPARTMENT OF EDUCATION, | |
| Defendant-Appellee. | |

**JACK B. WEINSTEIN, Senior United States District Judge:**

Defendant moves for certification, permitting an interlocutory appeal, *see* 29 U.S.C. §

1292 (b), and for clarification of who bears the burden of proof on remand. *See* Defendant's

Letter, May 10, 2011; *T.K. v. New York City Dep't of Educ.*, 2011 WL 1579510 (E.D.N.Y. 2010)

(denying defendant's motion for summary judgment and providing test for determining if

bullying denied student of a free, appropriate public education under the IDEA). *See also*

Plaintiff's Response, May 16, 2011.

Both motions are denied. The first would unduly delay the case. The second is best

determined in the first instance by the state's administrative officers. *See also* hearing of May

24, 2011 (reasons for decision).

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date:   May 24, 2011
       Brooklyn, New York