UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------

T.K. and S.K., individually and on behalf of L.K.,

                              Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.

-------------------------------------------------------------x

**NOTICE OF APPEAL**

10 Civ 752 (JBW)

**PLEASE TAKE NOTICE** that defendant hereby appeals to the United States Court of Appeals for the Second Circuit, from the Judgment of the Honorable Jack B. Weinstein Dated August 4, 2014, and entered in the docket on or about August 4, 2014. This appeal is taken from each and every part of said Judgment as well as from the whole thereof.

Dated:      New York, New York
             August 14, 2014

                                      ZACHARY W. CARTER
                                      Corporation Counsel of the
                                         City of New York
                                      Attorney for Defendant,
                                      100 Church Street,
                                      New York, New York 10007.
                                      (212) 356-2500

                             By:   */s/ Francis F. Caputo*
                                   FRANCIS F. CAPUTO
                                   Deputy Chief, Appeals Division

TO:   BRIANNE NICOLE DOTTS
       MAYERSON & ASSOC.,
       Attorneys for Plaintiffs,
       330 West 38th Street, Suite 600,
       New York, NY 10018.
       212-265-7200
       brianne@mayerslaw.com

CLERK
Southern District

Index No. 10 CIV 752 (JBW)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

T.K. and S.K., individually and on behalf of L.K.,

Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

**NOTICE OF APPEAL**

ZACHARY W. CARTER,
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, N.Y. 10007*
*Of Counsel: Francis F. Caputo*
*Tel: (212) 356-2502*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

- *New York, N.Y. ......................................., 2014*

............................................................................ *Esq.*

*Attorney for ............................................................*