# MAYERSON & ASSOCIATES

330 WEST 38TH STREET, SUITE 600 • NEW YORK, NEW YORK 10018
PHONE (212) 265-7200 • FAX (212) 265-1735 • EMAIL: GARY@MAYERSLAW.COM

WWW.MAYERSLAW.COM

January 20, 2016

**Via ECF**

Hon. Jack B. Weinstein, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **T.K., et al. v. New York City Dept. of Educ., 10 CV 00752**

Dear Judge Weinstein:

We represent the plaintiffs-appellees in the above matter. Today, as Your Honor may be aware, the Second Circuit affirmed Your Honor's judgment. Accordingly, unless otherwise extended by the Court, pursuant to Fed. R. Civ. Pro. 54, plaintiffs will be making and serving their fee application on or before February 3, 2016.

Sincerely,

Gary S. Mayerson

Cc: Ronald E. Sternberg, Esq.
James Cole, Jr., Esq.
Vanita Gupta, Esq.
Francisco Lopez, Esq.
Vanessa Santos, Esq.
Michelle Tucker, Esq.
Mark L. Gross, Esq.
Jennifer Levin Eichhorn, Esq.
K. Family